UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

VALERIE McKINNEY )
)
v. ) NO. 2:14-CV-168
)
CAROLYN W. COLVIN )
Acting Commissioner of Social Security )

**O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. [Doc. 18]. No objections have been filed to this report. After careful consideration of the record as a whole, the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, the motion for judgment on the pleadings filed by the plaintiff is **GRANTED,** [Doc.14], the motion for summary judgment filed by the defendant is **DENIED,** [Doc. 16], and this case is **REMANDED** to the Commissioner for an award of disability insurance benefits.

    ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE