UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| VALERIE MCKINNEY, | ) | |
| | ) | |
| | ) | |
| v. | ) | NO. 2:14-CV-168 |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security | ) | |

ORDER

After consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 33], concerning plaintiff's motion for attorney's fees, [Doc. 27], under Title 42 United States Code section 406(b), it is hereby ORDERED that the Report and Recommendation is ADOPTED and APPROVED and that the plaintiff's motion is GRANTED, [Doc. 27]. Accordingly, it is hereby ORDERED a fee in the amount of $8,905.25 be awarded.

ENTER:

                                                s/J. RONNIE GREER
                                                UNITED STATES DISTRICT JUDGE